## Devin *v.* Benfield, Appellant.

Argued October 8, 1962. Before BELL, C. J., MUS-MANNO, JONES, EAGEN, O'BRIEN and KEIM, JJ.

*Robert E. Jamison,* with him *Ronald E. Jones,* and *Jamison and Jones,* for appellant.

*Howard W. Lyon,* with him *Gilbert D. Levine,* for appellees.

OPINION PER CURIAM, November 13, 1962:
Order for a new trial affirmed.